IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAMES IRVIN HILL                                                                    PLAINTIFF

v.                                                                      No. 3:18CV139-GHD-JMV

PAUL A. HILL, ET AL.                                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, The instant case is therefore **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g). In light of this ruling, the motions currently pending in this case are **DISMISSED** as moot.

SO ORDERED, this, the 24th day of September, 2018.

_____
SENIOR JUDGE